UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00553-MOC-DCK

| | | |
|---|---|---|
| **BAKER & TAYLOR, INC.,** | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CHARLES JONES, et al.,** | ) | |
| | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant David Griffin's Motion to Dismiss, Stay, or Transfer Venue. Having considered defendant David Griffin's motion and reviewed the pleadings, and it appearing that such motion is now moot, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant David Griffin's Motion to Dismiss, Stay, or Transfer Venue (#13) is DENIED as moot.

Signed: March 5, 2013

Max O. Cogburn Jr.
United States District Judge