IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| | |
|---|---|
| BAKER & TAYLOR, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COLLEGE BOOK RENTAL COMPANY, LLC, CHARLES JONES, and DAVID GRIFFIN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant David Griffin's Motion To Consolidate" (Document No. 38) filed March 13, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the consent of Plaintiff Baker & Taylor, Inc., and Defendant Charles Jones, the undersigned will grant the motion. (Document Nos. 41-42).

**IT IS, THEREFORE, ORDERED** that "Defendant David Griffin's Motion To Consolidate" (Document No. 38) is **GRANTED**.

Signed: March 20, 2013

David C. Keesler
United States Magistrate Judge