**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:12-CV-553-MOC-DCK**

| | | |
|---|---|---|
| **BAKER & TAYLOR, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **COLLEGE BOOK RENTAL COMPANY, LLC,** | ) | |
| **CHARLES JONES, and DAVID GRIFFIN,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant David Griffin's Motion To Consolidate" (Document No. 38) filed March 13, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the consent of Plaintiff Baker & Taylor, Inc., and Defendant Charles Jones, the undersigned will <u>grant</u> the motion. (Document Nos. 41-42).

**IT IS, THEREFORE, ORDERED** that "Defendant David Griffin's Motion To Consolidate" (Document No. 38) is **GRANTED**.

Signed: March 20, 2013

David C. Keesler
United States Magistrate Judge