# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| | |
|---|---|
| BAKER & TAYLOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COLLEGE BOOK RENTAL COMPANY, LLC, ) | |
| CHARLES JONES, and DAVID GRIFFIN, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant David Griffin's Motion To Compel Discovery Responses From Plaintiff Baker & Taylor, Inc." (Document No. 59). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Although the pending motion has been fully briefed and is ripe for disposition, the undersigned will decline to issue a ruling at this time. Based on the "Reply Of Defendant David Griffin…" it appears that these parties have resolved most, if not all, of the pending discovery dispute. (Document No. 69). Defendant Griffin specifically indicates that the remaining documents he sought are expected to be produced by October 29, 2013. Id.

**IT IS, THEREFORE, ORDERED** that Defendant Griffin shall file a "Notice Of Withdrawal" of the pending "…Motion To Compel Discovery Responses From Plaintiff Baker & Taylor, Inc." (Document No. 59), or in the alternative, a "Status Report" describing any relief related to the pending motion he still seeks, on or before **November 1, 2013**.

Signed: October 16, 2013

David C. Keesler
United States Magistrate Judge