**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:12-CV-553-MOC-DCK**

| | |
|---|---|
| BAKER & TAYLOR, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLLEGE BOOK RENTAL COMPANY, LLC, )<br>CHARLES JONES, and DAVID GRIFFIN, )<br>)<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Amend The Pretrial Order And Case Management Plan" (Document No. 79) filed December 18, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Amend The Pretrial Order And Case Management Plan" (Document No. 79) is **GRANTED with modification**. The new deadlines are as follows:

| | |
|---|---|
| Expert Reports: | **January 31, 2014** (Plaintiff); |
| | **February 28, 2014** (Defendant); |
| Discovery Completion: | **March 28, 2014**; |
| Mediation Report: | **April 4, 2014**; |
| Dispositive Motions: | **April 11, 2014**; and |
| Trial | **October 6, 2014**. |

**SO ORDERED**.

Signed: December 19, 2013

David C. Keesler
United States Magistrate Judge