IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| BAKER & TAYLOR, INC., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| COLLEGE BOOK RENTAL COMPANY, LLC, CHARLES JONES, and DAVID GRIFFIN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 95) filed by Christopher G. Chagaris, concerning Lesley Bilby on March 12, 2014. Ms. Lesley Bilby seeks to appear as counsel *pro hac vice* for Defendant Charles Jones. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 95) is **GRANTED.** Ms. Lesley Bilby is hereby admitted *pro hac vice* to represent Defendant Charles Jones.

**SO ORDERED**.

Signed: March 12, 2014

David C. Keesler
United States Magistrate Judge