IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| BAKER & TAYLOR, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| COLLEGE BOOK RENTAL COMPANY, LLC, CHARLES JONES, and DAVID GRIFFIN, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission Of Bennet J. Moskowitz *Pro Hac Vice*" (Document No. 103) filed by Gavin B. Parsons on April 10, 2014. Mr. Bennet J. Moskowitz seeks to appear as counsel *pro hac vice* for Plaintiff, Baker & Taylor, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission Of Bennet J. Moskowitz *Pro Hac Vice*" (Document No. 103) is **GRANTED.** Mr. Bennet J. Moskowitz is hereby admitted *pro hac vice* to represent Plaintiff, Baker & Taylor, Inc.

**SO ORDERED**.

Signed: April 10, 2014

David C. Keesler
United States Magistrate Judge