# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| | |
|---|---|
| BAKER & TAYLOR, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COLLEGE BOOK RENTAL COMPANY, LLC, CHARLES JONES, and DAVID GRIFFIN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To File Documents Under Seal" (Document No. 135) filed May 30, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To File Documents Under Seal" (Document No. 135) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following documents should be filed under seal: Plaintiff's Memorandum in Support of its Motion for Partial Summary Judgment; the Declaration of Bennett J. Moskowitz and attachments; Defendant Griffin's Motion for Summary Judgment Against Plaintiff Baker & Taylor's Claims and attachments; Defendant Griffin's Memorandum in Support of his Motion for Summary Judgment Against Baker & Taylor's Claims and attachments; Defendant David Griffin's Motion for Summary Judgment as to Defendant Charles Jones's Crossclaims and attachments; and Defendant Griffin's Memorandum

in Support of his Motion for Summary Judgment as to Defendant Charles Jones's Crossclaim and attachments. These documents shall be filed under seal and shall remain under seal permanently or until otherwise ordered.

Signed: June 2, 2014

David C. Keesler
United States Magistrate Judge