IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| | |
|---|---|
| BAKER & TAYLOR, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COLLEGE BOOK RENTAL COMPANY, LLC, CHARLES JONES, and DAVID GRIFFIN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To File Documents Under Seal" (Document No. 153) filed June 16, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Defendants' counsel does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To File Documents Under Seal" (Document No. 153) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Memorandum Of Law In Opposition To Defendant David Griffin's Motion For Summary Judgment As To Plaintiff's Claims" (Document No. 155) be filed under seal and shall remain under seal permanently or until otherwise ordered.

Signed: June 17, 2014

David C. Keesler
United States Magistrate Judge