IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| | |
|---|---|
| BAKER & TAYLOR, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| COLLEGE BOOK RENTAL COMPANY, LLC, CHARLES JONES, and DAVID GRIFFIN, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant David Griffin's "Motion To File Under Seal (With Consent)" (Document No. 152) filed June 16, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant David Griffin's "Motion To File Under Seal (With Consent)" (Document No. 152) is **GRANTED**.

**IT IS FURTHER ORDERED** that "Defendant David Griffin's Response In Opposition To Plaintiff's Motion for Summary Judgment" (Document No. 150) shall be filed under seal and shall remain under seal permanently or until otherwise ordered.

Signed: June 17, 2014

David C. Keesler
United States Magistrate Judge