IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| | |
|---|---|
| BAKER & TAYLOR, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COLLEGE BOOK RENTAL COMPANY, LLC, CHARLES JONES, and DAVID GRIFFIN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant Griffin's "Motion To File Under Seal (With Consent)" (Document No. 164) and "Plaintiff's Motion To File Documents Under Seal" (Document No. 165) filed June 26, 2014. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, and noting the parties' consent, the undersigned will grant the motions.

**IT IS, THEREFORE, ORDERED** that Defendant Griffin's "Motion To File Under Seal (With Consent)" (Document No. 164) is **GRANTED**.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion To File Documents Under Seal" (Document No. 165) is **GRANTED**.

Signed: June 27, 2014

David C. Keesler
United States Magistrate Judge