UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00553-MOC-DCK

| | |
|---|---|
| **BAKER & TAYLOR, INC.,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **DAVID GRIFFIN** | ) |
| **CHARLES JONES** | ) |
| **COLLEGE BOOK RENTAL COMPANY, LLC,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on defendant David Griffin's Motion for Summary Judgment (#137) and Motion for Summary Judgment (#140), and defendant Baker & Taylor, Inc.'s Motion for Partial Summary Judgment (#142). It appearing that the issues are fully briefed, but that additional discovery may yield additional evidence relevant to those motions, the court will set these motions for oral arguments during the August 2014 motions day. After such additional discovery is complete, the parties may submit supplement briefs not exceeding five pages and attach to those briefs any additional evidence that is relevant to the pending motions.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar defendant David Griffin's Motion for Summary Judgment (#137) and Motion for Summary Judgment (#140), and defendant Baker & Taylor, Inc.'s Motion for Partial Summary Judgment (#142) for oral arguments during the August 2014 civil motions calendar.

Signed: July 1, 2014

Max O. Cogburn Jr.
United States District Judge