IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| | |
|---|---|
| BAKER & TAYLOR, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| COLLEGE BOOK RENTAL COMPANY, LLC, CHARLES JONES, and DAVID GRIFFIN, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant Griffin's "Motion To File Under Seal" (Document No. 174) filed August 8, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant Griffin's "Motion To File Under Seal" (Document No. 174) is **GRANTED**.

**SO ORDERED**.

Signed: August 8, 2014

David C. Keesler
United States Magistrate Judge