# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| | |
|---|---|
| **BAKER & TAYLOR, INC.,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **COLLEGE BOOK RENTAL COMPANY, LLC, CHARLES JONES,** and **DAVID GRIFFIN,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To File Documents Under Seal" (Document No. 176) filed August 8, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Defendants' counsel does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To File Documents Under Seal" (Document No. 176) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Supplemental Memorandum In Further Support Of Baker & Taylor's Motion For Summary Judgment And In Further Opposition To Defendant David Griffin's Motion For Summary Judgment" (Document No. 178) be filed under seal and shall remain under seal permanently or until otherwise ordered.

Signed: August 11, 2014

David C. Keesler
United States Magistrate Judge