# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| | |
|---|---|
| **BAKER & TAYLOR, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **COLLEGE BOOK RENTAL COMPANY,** ) | |
| **LLC, CHARLES JONES,** and **DAVID** ) | |
| **GRIFFIN,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To File Documents Under Seal" (Document No. 181) filed August 14, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To File Documents Under Seal" (Document No. 181) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's "Memorandum Of Law In Support Of Plaintiff's Renewed Motion To Compel Production From Defendant David Griffin" (Document No. 184), the "Declaration Of Gavin B. Parsons In Support Of Renewed Motion To Compel" (Document No. 185), and all attachments shall be filed under seal and shall remain under seal permanently or until otherwise ordered.

Signed: August 15, 2014

David C. Keesler
United States Magistrate Judge