IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-553-MOC-DCK

| | |
|---|---|
| BAKER & TAYLOR, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COLLEGE BOOK RENTAL COMPANY, LLC, CHARLES JONES, and DAVID GRIFFIN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 216) filed by James B. Gatehouse, concerning Grant S. Cowan on October 7, 2014. Mr. Grant S. Cowan seeks to appear as counsel *pro hac vice* for Defendant David Griffin. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 216) is **GRANTED.** Mr. Grant S. Cowan is hereby admitted *pro hac vice* to represent Defendant David Griffin.

**SO ORDERED**.

Signed: October 7, 2014

David C. Keesler
United States Magistrate Judge