UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00553-MOC

| | | |
|---|---|---|
| **BAKER & TAYLOR, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | JUDGMENT |
| | ) | |
| **DAVID GRIFFIN** | ) | |
| **CHARLES JONES** | ) | |
| **COLLEGE BOOK RENTAL COMPANY, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** having come before the court for trial and the issues as to Defendant Jones having been resolved at the close of the evidence and the issues as to Defendant Griffin having been submitted to a jury and the jury having returned its Verdict,

**IT IS, THEREFORE, ORDERED, ADJUDGED**, and **DECREED** that in accordance with the Verdict, **JUDGMENT** is entered in favor of plaintiff **BAKER & TAYLOR, INC.**, and against defendant **DAVID GRIFFIN** providing that plaintiff have and take of such defendant $18,304,464.47; and

**IT IS FURTHER ORDERED, ADJUDGED** and **DECREED** that in accordance with the court's disposition of plaintiff's Rule 50 motion at the close of the evidence and upon such Directed Verdict, **JUDGMENT** is entered in favor of **BAKER & TAYLOR, INC.**, and against defendant **CHARLES JONES** in the amount of $18,304,464.47, plus interest confessed at $8,700,000.00, for a total Judgment of $27,004,464.47,

all with interest thereupon accruing at the lawful federal judgment rate. All other claims between these parties are dismissed with prejudice.

The court reserves determination of attorney's fees for a later date after the parties have met and conferred. The prevailing party shall make application to the Clerk of Court for its costs.

Signed: October 30, 2014

Max O. Cogburn Jr.
United States District Judge