UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00553-MOC

| | |
|---|---|
| BAKER & TAYLOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DAVID GRIFFIN ) | |
| CHARLES JONES ) | |
| COLLEGE BOOK RENTAL COMPANY, LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Amend Judgment (#298); plaintiff's Motion for Attorney Fees (#301); Defendant Griffin's Motion for Judgment NOV (#304); Defendant Griffin's Motion for New trial (#306); Plaintiff's Motion for Leave to register Judgment in District Court's Outside the Western District of North Carolina (#314); and Defendant Griffin's Motion for Stay of Proceedings to Enforce a Judgment (#318).

Within seven days, counsel for plaintiff shall file with the court a complete transcript of the jury instructions as well as the arguments of counsel. Finally, the court will direct that these motions be placed on the January 2015 civil motions calendar for oral arguments. In considering plaintiff's motion for fees, the parties should be prepared to argue whether counsel for plaintiff argued to the jury that it should include in its verdict an award of attorney's fees.

**ORDER**

**IT IS, THEREFORE, ORDERED** that (1) plaintiff's Motion to Amend Judgment (#298); (2) plaintiff's Motion for Attorney Fees (#301); (3) Defendant Griffin's Motion for

-1-

Judgment NOV (#304); (4) Defendant Griffin's Motion for New trial (#306); (5) Plaintiff's Motion for Leave to register Judgment in District Court's Outside the Western District of North Carolina (#314); and (6)Defendant Griffin's Motion for Stay of Proceedings to Enforce a Judgment (#318) be **CALENDARED** for oral arguments during the January 2015 civil motions day. Counsel for plaintiff shall file with the court a complete transcript of the jury instructions and closing arguments of counsel within seven days.

Signed: December 16, 2014

Max O. Cogburn Jr.
United States District Judge