# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| BAKER & TAYLOR, INC, | ) | AMENDED JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00553-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID GRIFFIN, | ) | |
| CHARLES JONES | ) | |
| COLLEGE BOOK RENTAL CO, LLC | ) | |
| Defendant(s). | ) | |

**IT IS ORDERED** that this Amended Judgment is entered pursuant to Order (#376) to reflect the damages awarded by the Jury in the amount of $18,304,464.47, an award of $8,451,630.54 in prejudgment interest, and an award of attorneys' fees in the amount of $2,915,279.33, for a total award of $29,671,374.30, in favor of plaintiff and against Defendants Jones and Griffin, both jointly and severally, and that such award run with interest at the lawful federal Judgment rate, *nunc pro tunc*, from the date the original Judgment (#294) was entered.

March 25, 2015

_____
Frank G. Johns, Clerk
United States District Court