UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00553-MOC

| | | |
|---|---|---|
| **BAKER & TAYLOR, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DAVID GRIFFIN** | ) | |
| **CHARLES JONES** | ) | |
| **COLLEGE BOOK RENTAL COMPANY, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Motions for Admission Pro Hac Vice.

Having considered plaintiff's motions and reviewed the pleadings, the court enters the following

Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motions for Admission Pro Hac Vice

(## 383 & 384) are **GRANTED**, and such attorneys are admitted pro hac vice as additional

counsel for plaintiff in this particular case.

Signed: April 14, 2015

Max O. Cogburn Jr
United States District Judge

-1-